# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201800017**

_____

**UNITED STATES OF AMERICA**
Appellee

v.

**CHEYENNE L. SEWELL**
Aviation Ordinance Airman (E-3),
U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Robert P. Monahan, JAGC, USN.
Convening Authority: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
Staff Judge Advocate's Recommendation: Lieutenant Commander Anthony P. Sham, JAGC, USN.
For Appellant: Lieutenant Daniel E. Rosinski, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 June 2018

_____

Before HUTCHISON, SAYEGH, and HINES, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court